UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CR00175AGF |
| | ) | |
| MARK PALMER, | ) | |
| SAMUEL LEINICKE, and | ) | |
| CHARLES WOLFE, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CR152AGF |
| | ) | |
| CHARLES WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Government shall file a response to the Motion for New Trial (Doc. No. 463 in Case No. 4:14CR175AGF; and Doc. No. 1055 in Case No. 4:14CR152AGF) no later than **Friday, December 8, 2017**.

Dated this 4th day of December, 2017.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE