UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cr-00175-AGF |
| | ) | |
| MARK PALMER, | ) | |
| SAMUEL LEINICKE, and | ) | |
| CHARLES WOLFE, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cr-00152-RWS |
| | ) | |
| CHARLES WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

NOW COMES the Defendant, Charles Wolfe, by and through his undersigned counsel and for his motion state as follows:

1. Defendant's Presentence Investigation Report (PSR) was filed on December 8, 2017.

2. Objections are due within fourteen (14) days of the filing of the PSR.

3. Counsel for Defendant has been unable to go over the PSR with Defendant due to scheduling conflicts.

4. Counsel respectfully requests an extension of time to file his Objections to the Presentence Report for up to and including January 5, 2018.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests an extension of time to file his Objections to his Presentence Report for up to and including January 5, 2018.

Respectfully submitted,

/s/ Christopher P. Threlkeld
J. William Lucco, No. 1701835IL
Christopher P. Threlkeld, No. 6271483IL
224 St. Louis Street
Edwardsville, IL 62025
Telephone: (618) 656-2321
Facsimile: (618) 656-2363
blucco@lbtdlaw.com
cthrelkeld@lbtdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the United States District Court, Eastern District of Missouri, this 21st day of December, 2017.

/s/       Christopher P. Threlkeld