UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MARK PALMER,  )<br>SAMUEL LEINICKE, and  )<br>CHARLES WOLFE,  )<br>  )<br>      Defendants.  ) | Case No. 4:14-cr-00175-AGF |
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>CHARLES WOLFE,  )<br>  )<br>      Defendant.  ) | Case No. 4:14-cr-00152-RWS |

## **MOTION TO WITHDRAW**

NOW COMES the Defendant, by and through his undersigned attorneys and for his Motion states as follows:

1. On January 7, 2018 Mr. Wolfe informed his attorneys that he has fundamental differences with them and does not wish them to continue as his attorneys.

2. Counsel met with Mr. Wolfe on Sunday, January 7, 2018 to discuss the matter and agrees with Mr. Wolfe that fundamental differences exist regarding going forward in this matter.

3. Counsel has informed the government attorneys by phone this morning of this development.

4. The attorney-client relationship is irretrievably broken.

5. Mr. Wolfe has requested that his attorneys withdraw from any further representation of him in this matter.

WHEREFORE for the foregoing reasons Attorneys for Defendant Mr. Wolfe respectfully requests their Withdrawal in this matter and that all settings in Mr. Wolfe's case be continued pending the Court's decision in this matter.

                                            Respectfully submitted,

                                            /s/ Christopher P. Threlkeld
                                            J. William Lucco, No. 1701835IL
                                            Christopher P. Threlkeld, No. 6271483IL
                                            224 St. Louis Street
                                            Edwardsville, IL 62025
                                            Telephone: (618) 656-2321
                                            Facsimile: (618) 656-2363
                                            blucco@lbtdlaw.com
                                            cthrelkeld@lbtdlaw.com

### CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was filed electronically with the United States District Court, Eastern District of Missouri, this 8th day of January, 2018.

                                            /s/       Christopher P. Threlkeld