UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CR00175AGF |
| | ) | |
| CHARLES WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CR152AGF |
| | ) | |
| CHARLES WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Court shall hold a hearing on the Motion to Withdraw as Attorney filed by Christopher Threlkeld (ECF No. 528 in Case No. 4:14CR175AGF and ECF No. 1126 in 4:14CR152AGF) and the Motion to Withdraw as Attorney filed by William Lucco (ECF No. 529 in Case No. 4:14CR175AGF and ECF No. 1127 in Case No. 4:14CR152AGF) on **Tuesday, January 9, 2018 at 9:30 a.m.**

Dated this 8th day of January, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE