# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET CRIMINAL PROCEEDINGS

Date  January 9, 2018          Case No.    4:14CR175-AGF/ 4:14CR152-AGF

UNITED STATES OF AMERICA vs. Charles Wolfe
Judge Audrey G. Fleissig          Court Reporter Patti Dunn Wecke
Deputy Clerk N. Phillips          Interpreter N/A
Assistant United States Attorney(s)    James Delworth, Erin Granger, & Jennifer Winfield
Attorney(s) for Defendant  Christopher Threlked and J. William Lucco

**Parties present for** Motion Hearing.  A portion of the hearing is held ex parte with Defendant and his counsel only.  The Court grants the motions to withdraw and continues the scheduled forfeiture and sentencing hearings. The Court gives the Defendant two (2) weeks to notify the court his status regarding obtaining counsel.  Order to issue.

Defendant is      ☐ Released on **BOND**      **X** Remanded to **CUSTODY**

Proceedings Commenced 9:38 a.m.          Proceedings Concluded   10:11 a.m.