UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CR00175AGF |
| | ) | |
| CHARLES WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CR152AGF |
| | ) | |
| CHARLES WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter came before the Court on this date for a hearing on the Motion to Withdraw as Attorney filed by Christopher Threlkeld (ECF No. 528 in Case No. 4:14CR175AGF and ECF No. 1126 in 4:14CR152AGF) and the Motion to Withdraw as Attorney filed by William Lucco (ECF No. 529 in Case No. 4:14CR175AGF and ECF No. 1127 in Case No. 4:14CR152AGF). Defendant was present along with his attorneys Christopher Threlkeld and William Lucco. The Government was represented by Assistant United States Attorneys Jim Delworth, Erin Granger and Jennifer Winfield.

At the hearing, a portion of which was held ex parte, Defendant and his counsel both

stated that the relationship between them is irretrievably broken.  As such, the Court will grant the Motions to Withdraw and give Defendant fourteen (14) days to notify the court of whether he intends to retain new counsel, wants the Court to appoint new counsel to represent him, or wishes to proceed pro se.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Attorney filed by Christopher Threlkeld (Doc. No. 528 in Case No. 4:14CR175AGF and Doc. No. 1126 in 4:14CR152AGF) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Withdraw as Attorney filed by William Lucco (Doc. No. 529 in Case No. 4:14CR175AGF and Doc. No. 1127 in Case No. 4:14CR152AGF) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant is given **fourteen (14) days** from the date of this Order to notify the Court of how he wishes to proceed with respect to counsel.

**IT IS FURTHER ORDERED** that the Forfeiture Hearing scheduled for January 10, 2018 is **VACATED**, to be reset at a later date once the issue of counsel has been resolved.

**IT IS FURTHER ORDERED** that the Sentencing Hearing scheduled for January 19, 2018 is **VACATED**, to be reset at a later date once the issue of counsel has been resolved.

Dated this 9th day of January, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE