**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | *FILED UNDER SEAL* |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause Nos.:   4:14-cr-00152-AGF |
| | ) |                            4:14-cr-00175-AGF |
| CHARLES WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL

COMES NOW Defendant Charles Wolfe, by and through his undersigned counsel, and due to the personal nature of the materials set forth in his sentencing memorandum request leave to file that document under seal.

Respectfully submitted,

NEWTON BARTH, L.L.P

By: _____
Talmage E. Newton IV, MO56647
tnewton@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 – Office

Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically served on all parties of record via the court's e-filing System on May 4, 2018.

_____